Official Website of the Department of Homeland Security



Report Crimes: E

## Search Results: 1

**EDUARDO MISAEL CANDO DUSCHIMAZA**

**Country of Birth :** Ecuador
**A-Number:** 222514524
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility**: BROOKLYN MDC

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

### Related Information

#### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

Privacy - Terms

## External Links

Bureau of Prisons Inmate Locator



| [DHS.gov](#) | [USA.gov](#) | [OIG](#) | [OpenFOIA](#) | [Metrics](#) | [No Fear Act](#) | [Site Map](#) | [Site Policies & Plug-Ins](#) |
|---|---|---|---|---|---|---|---|